## Commonwealth v. McDonough, Appellant.

Argued March 17, 1976. *John P. Koopman*, with him *William J. Carlin*, and *Begley, Carlin, Mandio, Kelton & Popkin*, for appellant; *Stephen B. Harris*, First Assistant District Attorney, with him *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Mangiaracina, Appellant.

Argued March 17, 1976. *Peter J. Verderame*, for appellant; *Stephen B. Harris*, First Assistant District Attorney, with him *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.